UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | DOCKET NO. 3:02CR163 (JBA) |
| | : | |
| Kevin Smith | : | |

FILED 2010 FEB -8 P 12:18 U.S. DISTRICT COURT NEW HAVEN, CT

## POST-JUDGMENT STIPULATION

Whereas, a restitution judgment was entered in this action on May 2, 2003, against the Defendant for the sum of $311,100.00; and

Whereas, the Government and the Defendant, Kevin Smith, now desire to stipulate to a schedule for the payment of the judgment;

Therefore, it is hereby agreed by Government and defendant, and ORDERED by this Court that;

1. The defendant shall make monthly payments of $400.00, on the **15th** day of each and every month commencing on February 15, 2010, until the amount of the judgment is paid in full.

2. The Defendant has paid a total of $5,125.00 towards his restitution obligation and the current balance as of January 22, 2010, is $330,718.32. Interest at 1.2% per annum continues to accrue on the principal until the judgment is satisfied.

3. The defendant agrees to complete a financial statement at the request of the Government.

4. The amount of the monthly payment may be modified by mutual agreement of the parties or on motion of either party in accordance with 18 U.S.C. § 3664(k).

5. The defendant's failure to comply with the payment schedule set forth in Paragraph 1 above, or failure to comply with the requirements of 18 U.S.C. § 3664(k), shall entitle the Government to collect upon the judgment in any manner provided by law.

6. In addition to regular monthly payments, in accordance with Paragraph 1, the Government will submit the debt to The Treasury Department for inclusion in the Treasury Offset Program. Under this program, any federal payment normally received by the Defendant may be offset and applied to this debt.

7. Government further reserves the right to secure the amount of the judgment at any time by filing a lien on any property owned by the defendant.

Entry of the foregoing stipulation is consented to by:

For Plaintiff United States of America:

NORA R. DANNEHY
UNITED STATES ATTORNEY

DATED: Feb. 3, 2010

CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CONNECTICUT 06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

DATED: 02/01/10

KEVIN SMITH
68 EASTSIDE BOULEVARD
WATERBURY, CONNECTICUT 06706-2822

APPROVED and SO ORDERED this 8th day of February 2010, at New Haven, Connecticut.

/s/
_____
JANET B. ARTERTON
UNITED STATES DISTRICT JUDGE